**Continuing Abatement Order filed February 4, 2020.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-18-00063-CR**
_____

**LANG YEN NGUYEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 331st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-DC-15-500273**

## CONTINUING ABATEMENT ORDER

Appellant is represented by appointed counsel, Ken Mahaffey. Appellant's amended brief was due January 13, 2020. No brief was filed and counsel has not filed a motion to extend time.

Accordingly, we order Ken Mahaffey to file a brief with the clerk of this court on or before February 12, 2020. If counsel does not timely file appellant's brief as ordered, the court may issue an order directing the trial court to conduct a

hearing to determine the reason why the brief was not timely filed and the consideration of appointment of new counsel or other appropriate relief.


PER CURIAM


Panel Consists of Justices Wise, Zimmerer, and Spain.